UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. CHASE, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AIMCO Properties, L.P., and ) <br> NHP Management Company, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:03CV01683-JR |

## [PROPOSED] ORDER

Having duly considered Defendants' Motion to Dismiss All "Opt-in" Plaintiffs, it is hereby **ORDERED AND ADJUDGED** that:

(1)   Defendants' motion is **GRANTED** in its entirety; and

(2)   All claims by opt-ins against defendants are **DISMISSED** without prejudice.

**DONE AND ORDERED** at Washington, D.C., this _____ day of _____, 2007.

_____
Hon. James Robertson
United States District Judge