UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. CHASE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 03-1683 (JR) |
| AIMCO PROPERTIES, L.P., *et al.*, | : |
| Defendants. | : |

**ORDER**

It is **ORDERED**, pursuant to 28 U.S.C. § 1404(a), that the claims of plaintiffs Joseph Dominguez and Roger Daly are transferred to the United States District Court for the Northern District of California[1].

JAMES ROBERTSON
United States District Judge

---

[1] As related to No. C 05-04824 JL (N.D. Cal. 2005).