**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 26, 2007

CASE TITLE:   JOSEPH DOMINGUEZ-v-AIMCO PROPERTIES
RECEIVED FROM: U.S. District Court, District of Columbia

CASE NUMBER:   CV 07-03245 CRB

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

o:\mrg\civil\transin.mrg