1  TERESA DEMCHAK, CA Bar No. 123989
   tdemchak@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
4  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
5  (510) 763-9800 (Telephone)
   (510) 835-1417 (Telefax)
6
   JOSEPH M. SELLERS, (pro hac vice application to be filed)
7  jsellers@cmht.com
   CHARLES TOMPKINS, (pro hac vice application to be filed)
8  ctompkins@cmht.com
   LLEZLIE L. GREEN, (pro hac vice application to be filed)
9  lgreen@cmht.com
   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
10 1100 New York Avenue, NW
   West Tower, Suite 500
11 Washington, DC  20005
   (202) 408-4600 (Telephone)
12 (202) 408-4699 (Telefax)

13 STEVEN M. PAVSNER, (pro hac vice application to be filed)
   spavsner@jgllaw.com
14 JAY P. HOLLAND, (pro hac vice application to be filed)
   JHolland@jgllaw.com
15 JOSEPH, GREENWALD, LAAKE, P.A.
   6404 Ivy Lane, Suite 400
16 Greenbelt, MD 20770
   (301) 220-2200 (Telephone)
17 (202) 220-1214 (Telefax)

18 Attorneys for Plaintiffs

19                        UNITED STATES DISTRICT COURT

20                       NORTHERN DISTRICT OF CALIFORNIA

21                             SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH DOMINGUEZ and ROGER DALY, | Case No.:  3:07-cv-03245-CRB |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 AND CONSOLIDATING CASES** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPNAY, AIMCO PROPERTIES, LP. AND:  NHP MANAGEMENT, COMPANY, | |
| Defendants. | |

1     Having reviewed Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11, and for the reasons set forth therein and in the supporting Declaration of Joseph M. Sellers, the Court finds that the cases identified by Plaintiffs meet the requirements for relation under Civil Local Rule 3-12.  Accordingly, Plaintiffs' motion to relate cases is GRANTED, and the following cases shall be related to *Dominguez et al v. AIMCO Properties, L.P. et al.*, case number 3:07-cv-03245-CRB:

    *Joseph Dominguez, Roger Daly, individually and on behalf of all other persons similarly situated v. Apartment Investment and Management Company, Aimco Properties, LP. and NHP Management, Company*, 3:05-cv-04824-SC; and

    *Kenneth Campbell, et al. v. Apartment Investment and Management Company, Aimco Properties, LP. and NHP Management, Company*, Case No. 3:07-cv-03640-MEJ.

    Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above two cases to the undersigned judge.  Counsel are instructed that all future filings shall bear the initials "CRB" immediately after the case number.

IT IS SO ORDERED

Dated: _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE