1  CHAD A. STEGEMAN (SBN 225745)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  580 California, Suite 1500
   San Francisco, California 94104-1036
3  cstegeman@akingump.com
   Telephone:      415-765-9500
4  Facsimile:      415-765-9501

5  RICHARD N. APPEL (*pro hac vice*)
   MELISSA L. DULSKI (*pro hac vice*)
6  rappel@akingump.com
   mdulski@akingump.com
7  AKIN GUMP STRAUSS HAUER & FELD LLP
   1333 New Hampshire Ave., N.W.
8  Washington, DC  20036
   Telephone:      202-887-4000
9  Facsimile:      202-887-4288

10 Attorneys for Defendant
   AIMCO Properties, L.P.
11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15 JOSEPH DOMINGUEZ,                      Case No. C-07-cv-03245 CRB

16                Plaintiff,              **NOTICE OF APPEARANCE
                                          CHAD A. STEGEMAN**
17        v.

18 AIMCO PROPERTIES, L.P.,

19                Defendant.

20

21

22

23

24

25

26

27

28

                                    1
NOTICE OF APPEARANCE CHAD A. STEGEMAN
CASE NO. 07-cv-03245 CRB
                                          490017.0011 WEST 6120694 v1

1   TO THE CLERK OF THE COURT, AND ATTORNEYS OF RECORD:

2        Please take notice that Chad A. Stegeman of the law firm Akin Gump Strauss Hauer & Feld

3   LLP hereby enters his appearance as an additional counsel of record on behalf for Defendant AIMCO

4   Properties L.P. in the above-captioned case.

5

6

7   Dated: August 1, 2007           AKIN GUMP STRAUSS HAUER & FELD LLP

8

9                      By_____/s/_____

                            Chad A. Stegeman

                      Attorneys for Defendant

10                   AIMCO Properties, L.P.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF APPEARANCE CHAD A. STEGEMAN
CASE NO. 07-cv-03245 CRB

490017.0011 WEST 6120694 v1