1  CHAD A. STEGEMAN (SBN 225745)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  580 California Street, Suite 1500
   San Francisco, California 94104-1036
3  Telephone:  415-765-9500
   Facsimile:   415-765-9501
4
   RICHARD N APPEL (*pro hac vice*)
5  MELISSA L. DULSKI (*pro hac vice*)
   AKIN GUMP STRAUSS HAUER & FELD LLP
6  1333 New Hampshire Ave., NW
   Washington, DC 20036
7  Telephone:   202-887-4000
   Facsimile:   202-887-4288
8
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH DOMINGUEZ and ROGER DALY, | Case No. C 07 3245 CRB |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER** |
| AIMCO PROPERTIES, L.P. and NHP MANAGEMENT COMPANY, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 07-CV-3245 CRB

Having duly considered Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 and Defendants AIMCO Properties, L.P. and NHP Management Company's (jointly "AIMCO") Opposition thereto, it is hereby ORDERED AND ADJUDGED that

(1) The following three cases are related and shall be consolidated:

- *Joseph Dominguez, Roger Daly, individually and behalf of all other persons similarly situated v. Apartment Investment and Management Company, AIMCO Properties, L.P., and NHP Management Company*, Case No. 05-CV-04824 SC, (Conti, J.) ("*Dominguez I*");

- *Joseph Dominguez and Roger Daly v. AIMCO Properties, L.P. and NHP Management Company*, Case No. 07-CV-3245 CRB, (Breyer, J.);

- *Kenneth Campbell, et al. v. Apartment Investment and Management Company, AIMCO Properties, L.P., and NHP Management Company*, Case No. 07-CV-03640 MEJ, (James, M.J.); and

(2) that the cases shall be consolidated under the earliest-filed case in this District, *Dominguez I,* Case No. 05-CV-04824 SC, (Conti, J).

IT IS SO ORDERED.

Dated: _____

_____
United States District Court Judge

1

[PROPOSED] ORDER
CASE NO. 07-CV-3245 CRB