1  TERESA DEMCHAK, CA Bar No. 123989
   LAURA L. HO, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
3  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
4  (510) 763-9800 (Telephone)
   (510) 835-1417 (Telefax)
5

6  Attorneys for Plaintiffs
   *[additional counsel listed on the signature page]*
7

8                  UNITED STATES DISTRICT COURT

9                  CALIFORNIA NORTHERN DISTRICT

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JOSEPH DOMINGUEZ, ROGER DALY, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPNAY, AIMCO PROPERITIES, LP. AND:  NHP MANAGEMENT, COMPANY,<br><br>    Defendants. | Case No.:  3:07-cv-03245-SC; 3:05-cv-04824-SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Campbell, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROSPERITIES, LP. AND:  NHP MANAGEMENT, COMPANY,<br><br>    Defendants. | Case No.: 3:07-cv-03640-SC |

1  WHEREAS, the Court has previously scheduled a case management conference in *Dominguez v. AIMCO* (Case No. C 05 4824 SC) for September 7, 2007 at 10:00A.M.

WHEREAS, the Court issued an order on August 16, 2007, relating *Dominguez v. AIMCO* (Case No. C-05-4824 -SC), *Dominguez v. AIMCO* (C-07-3245-CRB), and *Campbell v. AIMCO* (Case No. C-07-3640-MEJ) before this Court.

WHEREAS, the Plaintiffs' and the Defendants' counsel agree that they would benefit from additional time to properly consider the implication of the Court's decision to relate the three cases on the progression of this litigation, and that, therefore, the case management conference in the related cases before this Court should proceed on November 30, 2007, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. The case management conference currently scheduled for September 7, 2007, at 10:00 a.m. be continued to November 30, 2007, at 10:00 a.m.

2. The joint status statement, currently due to be filed by the parties on September 4, 2007, be filed on or before November 27, 2007.

Dated: August 27, 2007                    Respectfully submitted,


                                          /s/
                                          ―――――――――――――――――――
                                          TERESA DEMCHAK, CA Bar No. 123989
                                          LAURA L. HO, CA Bar No. 173179
                                          GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                              DARDARIAN
                                          300 Lakeside Drive, Suite 1000
                                          Oakland, CA  94612
                                          (510) 763-9800 (Telephone)
                                          (510) 835-1417 (Telefax)

|   |   |
|---|---|
| 1 | Joseph M. Sellers, (pro hac vice application to be filed) |
| 2 | Charles Tompkins, (pro hac vice application to be filed) |
|   | Llezlie L. Green, (pro hac vice application to be filed) |
| 3 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
|   | 1100 New York Avenue, NW |
| 4 | West Tower, Suite 500 |
|   | Washington, DC 20005 |
| 5 | (202) 408-4600 (Telephone) |
|   | (202) 408-4699 (Telefax) |

Steven M. Pavsner, (pro hac vice application to be filed)
Jay P. Holland, (pro hac vice application to be filed)
JOSEPH, GREENWALD, LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 (Telephone)
(202) 220-1214 (Telefax)

ATTORNEYS FOR PLAINTIFFS

August 27, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

_____
Chad Stegeman

ATTORNEYS FOR DEFENDANTS

**IT IS SO ORDERED**

Date:_____

_____
Honorable Samuel Conti