CHAD A. STEGEMAN (SBN 225745)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  415-765-9500
Facsimile:   415-765-9501

RICHARD N APPEL (*pro hac vice*)
MELISSA L. DULSKI (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Telephone:   202-887-4000
Facsimile:    202-887-4288

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH DOMINGUEZ, *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>AIMCO PROPERTIES, L.P. and NHP MANAGEMENT COMPANY,<br><br>     Defendants. | Case No. C 07 03245 SC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

Please be advised that Melissa L. Dulski, hereby withdraws as counsel in this matter. All other counsel of record for defendants remain unchanged.

Dated: August 29, 2007                     AKIN GUMP STRAUSS HAUER & FELD LLP

                                           By_____/s/_____
                                                  Melissa L. Dulski

                                           Attorneys for Defendants AIMCO Properties, L.P. and
                                           NHP Management Company

IT IS SO ORDERED.

Dated: _____

                                           _____
                                                  Hon. Samuel Conti
                                                  United States District Judge