TERESA DEMCHAK, CA Bar No. 123989
LAURA L. HO, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800 (Telephone)
(510) 835-1417 (Telefax)

Attorneys for Plaintiffs
*[additional counsel listed on the signature page]*

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH DOMINGUEZ, ROGER DALY, individually and on behalf of all other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPNAY, AIMCO PROPERITIES, LP. AND: NHP MANAGEMENT, COMPANY,<br><br>　　　　Defendants. | Case No.: 3:07-cv-03245-SC; 3:05-cv-04824-SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Campbell, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROSPERITIES, LP. AND: NHP MANAGEMENT, COMPANY,<br><br>　　　　Defendants. | Case No.: 3:07-cv-03640-SC |

1  WHEREAS, the Court has previously scheduled a case management conference in *Dominguez v. AIMCO* (Case No. C 05 4824 SC) for September 7, 2007 at 10:00A.M.

WHEREAS, the Court issued an order on August 16, 2007, relating *Dominguez v. AIMCO* (Case No. C-05-4824 -SC), *Dominguez v. AIMCO* (C-07-3245-CRB), and *Campbell v. AIMCO* (Case No. C-07-3640-MEJ) before this Court.

WHEREAS, the Plaintiffs' and the Defendants' counsel agree that they would benefit from additional time to properly consider the implication of the Court's decision to relate the three cases on the progression of this litigation, and that, therefore, the case management conference in the related cases before this Court should proceed on November 30, 2007, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. The case management conference currently scheduled for September 7, 2007, at 10:00 a.m. be continued to November 30, 2007, at 10:00 a.m.

2. The joint status statement, currently due to be filed by the parties on September 4, 2007, be filed on or before November 27, 2007.

Dated: August 27, 2007          Respectfully submitted,

/s/
TERESA DEMCHAK, CA Bar No. 123989
LAURA L. HO, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800 (Telephone)
(510) 835-1417 (Telefax)

|   |   |
|---|---|
| 1 | Joseph M. Sellers, (pro hac vice application to be filed) |
| 2 | Charles Tompkins, (pro hac vice application to be filed) |
|   | Llezlie L. Green, (pro hac vice application to be filed) |
| 3 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
|   | 1100 New York Avenue, NW |
| 4 | West Tower, Suite 500 |
|   | Washington, DC 20005 |
| 5 | (202) 408-4600 (Telephone) |
|   | (202) 408-4699 (Telefax) |
| 6 | Steven M. Pavsner, (pro hac vice application to be filed) |
| 7 | Jay P. Holland, (pro hac vice application to be filed) |
|   | JOSEPH, GREENWALD, LAAKE, P.A. |
| 8 | 6404 Ivy Lane, Suite 400 |
|   | Greenbelt, MD 20770 |
| 9 | (301) 220-2200 (Telephone) |
|   | (202) 220-1214 (Telefax) |

10    ATTORNEYS FOR PLAINTIFFS

11
12    August 27, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

13
14                             _____
                               Chad Stegeman
15                             ATTORNEYS FOR DEFENDANTS

16
17    **IT IS SO ORDERED**

18
19    Date: August 30, 2007

                               Honorable Samuel Conti
                               (IT IS SO ORDERED — Judge Samuel Conti, United States District Court, Northern District of California seal)

20
21
22
23
24
25
26
27
28

                                        2
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE – CASE NO. 3:07-CV-
                           03245-SC; 3:05-CV-04824-SC; 3:07-CV-03640-SC