Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Civil Action No. |
| Plaintiffs, | 3:07-cv-03640 |
| v. | **STIPULATION AND** |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.* | **~~[PROPOSED]~~ ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| Defendants. | |

      The parties stipulate to the filing of a First Amended Complaint, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure request leave of Court to file the First Amended Complaint.  The proposed amendments are designed to make two basic changes:  (1) add AIMCO / Bethesda Holdings, Inc. as a Defendant; and (2) correct the name of NHP Management, Inc. to NHP Management Company.  A copy of the Complaint is attached hereto as Exhibit A and the proposed First Amended Complaint is attached hereto as Exhibit B.

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3 STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

Case No.  3:07-CV-03640

1    Fed. R. Civ. P. 15(a) provides that where a responsive pleading to the original complaint

2    has been filed, "a party may amend the party's pleading only by leave of court . . . and leave

3    shall be freely given when justice so requires." FED. R. CIV. P. 15(a). As established by the

4    Supreme Court in *Foman v. Davis*, 371 U.S. 178, 182 (1962)):

5
6           In the absence of any apparent or declared reason-such as undue delay, bad faith or
            dilatory motive on the part of the movant, repeated failure to cure deficiencies by
7           amendments previously allowed, undue prejudice to the opposing party by virtue of
            allowance of the amendment, futility of amendment, etc. the leave sought should, as the
8           rules require, be 'freely given.'

9    None of the reasons identified by the Supreme Court as reasons for denial are present here, and

10   thus Plaintiffs' proposed amendments should be routinely granted. *Id.*

11   Here, Plaintiffs have not unduly delayed seeking to amend the complaint. Plaintiffs

12   recently discovered that NHP Management Company has been purchased by AIMCO / Bethesda

13   Holdings, Inc. Accordingly, Plaintiffs seek leave from the Court to add AIMCO / Bethesda

14   Holdings, Inc. as a Defendant. Plaintiffs also seek leave to correct the name of existing

15   Defendant NHP Management, Inc. to NHP Management Company.

16   Plaintiffs have conferred with Defendants who, without waiving any and all defenses to

17   any claim in the amended complaint, including but not limited to the running of the applicable

18   statute of limitations, agree that Plaintiffs be allowed to amend the Complaint.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3 STIPULATION AND [PROPOSED]     - 2 -     Case No. 3:07-CV-03640
ORDER FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

1

2    For the foregoing reasons, Plaintiffs respectfully request leave of Court to file the First

3    Amended Complaint, attached hereto as Exhibit B.

4    Dated:  October 31, 2007                 GOLDSTEIN, DEMCHAK, BALLER,
                                              BORGEN & DARDARIAN
5

6
                                       By:    /s/ Laura L. Ho
7                                             Laura L. Ho

8                                      Attorneys for Plaintiffs
                                       Joseph Dominguez, et. al.
9

10   Dated:  October 31, 2007                 AKIN GUMP STRAUSS HAUER & FELD LLP

11

12                                     By:  *Chad Stegeman / by LH w/ permission*
                                            Chad Stegeman
13

14                                     Attorneys for Defendants
                                       Apartment Investment and Management Company,
15                                     AIMCO Properties, L.P., and NHP Management
                                       Company
16

17        Pursuant to the parties' Stipulation and for good cause showing, it is HEREBY

18   ORDERED that Plaintiffs are given leave to file the First Amended Complaint attached hereto as

19   Exhibit B.

20

21   Dated:    11/1/07

UNITED ................. JUDGE

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3 STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT                        - 3 -            Case No.  3:07-CV-03640