UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JOSEPH DOMINGUEZ, et al.**
                Plaintiff(s),

CASE NO. C 07-cv-03245 SC

v.

**AIMCO PROPERTIES, L.P. et al.**

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓       other requested deadline _180 days after 11/30/07 case management conference_

Dated: 11/19/07

/s/ Llezlie Green
Attorney for Plaintiffs

Dated: 11/19/07

/s/ Chad Stegeman
Attorney for Defendants

I, Chad Stegeman am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45, X.B., I hereby attest that Llezlie Green has concurred in this filing.

DATED: November 19, 2007                    AKIN GUMP STRAUSS HAUER & FELD LLP


                                            _____/s/_____
                                            Chad Stegeman
                                            Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   180 days after 11/30/07

IT IS SO ORDERED.

Dated:_____                              _____

                                                                                UNITED STATES DISTRICT      JUDGE