| | |
|---|---|
| 1 | CHAD A. STEGEMAN (SBN 225745) |
| | cstegeman@akingump.com |
| 2 | **Akin Gump Strauss Hauer & Feld LLP** |
| | 580 California Street, Suite 1500 |
| 3 | San Francisco, California 94104 |
| | Telephone:     415-765-9500 |
| 4 | Facsimile:     415-765-9501 |
| 5 | RICHARD N APPEL (*Pro Hac Vice Application to be submitted*) |
| | rappel@akingump.com |
| 6 | **Akin Gump Strauss Hauer & Feld LLP** |
| | 1333 New Hampshire Ave., N.W. |
| 7 | Washington, DC  20036 |
| | Telephone:     202-887-4000 |
| 8 | Facsimile:     202-887-4288 |
| 9 | John M. Husband, P.C. |
| | Thomas E.J. Hazard, P.C. |
| 10 | Christina F. Gomez |
| | Tanya E. Milligan |
| 11 | **HOLLAND & HART, LLP** |
| | 555 Seventeenth Street, Suite 3200 |
| 12 | Denver, CO  80202-3979 |
| | Phone: (303) 295-8000 |
| 13 | Fax: (303) 295-8261 |
| | (*Pro Hac Vice Applications to be submitted for each of the above*) |
| 14 | |
| | Attorneys for Defendants |
| 15 | APARTMENT INVESTMENT AND MANAGEMENT |
| | COMPANY, NHP MANAGEMENT COMPANY, |
| 16 | AIMCO PROPERTIES, L.P. and AIMCO/BETHESDA |
| | HOLDINGS, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH DOMINGUEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:07-CV-03245 |
| | ) | |
| APARTMENT INVESTMENT AND | ) | |
| MANAGEMENT COMPANY, et al., | ) | **DEFENDANTS' CERTIFICATION OF** |
| | ) | **INTERESTED PARTIES OR PERSONS** |
| Defendants. | ) | |

Pursuant to Civil L.R. 3-16, Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management Company, and AIMCO/Bethesda Holdings, Inc. provide the following information:

1. Defendant Apartment Investment and Management Company ("AIMCO"), a real estate investment trust organized in Maryland, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Defendant AIMCO Properties, L.P., organized in Delaware, is approximately 90% owned by two wholly-owned subsidiaries of Defendant AIMCO. No other publicly held corporation has any interest greater than 10% in AIMCO Properties, L.P.

3. Defendant NHP Management Company ("NHP") ceased to exist as of October 7, 2005. Prior to that time, its stock was wholly owned by subsidiaries of Defendant AIMCO. On October 7, 2005, NHP was merged into Defendant AIMCO/Bethesda Holdings, Inc., a Delaware corporation, which is wholly owned, through subsidiaries, by Defendant AIMCO. No other publicly held corporation has any interest in AIMCO/Bethesda Holdings, Inc.

Other than the parties themselves, the following have a financial interest in the subject matter in controversy or in a party to the proceeding: Defendant AIMCO Properties L.P. is 90% owned by two wholly-owned subsidiaries of Defendant AIMCO. The remaining 10% interest is held by thousands of individuals who are limited partners of Defendant AIMCO Properties, L.P., none of whom own more than a small fraction of that remaining 10% interest.

Dated: November 28, 2007.

/s/ Chad A. Stegeman
CHAD A. STEGEMAN
cstegeman@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
580 California Street, Suite 1500
San Francisco, California 94104
Telephone:   415-765-9500
Facsimile:   415-765-9501

RICHARD N APPEL (*Pro Hac Vice Application to be submitted*)
rappel@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone:   202-887-4000
Facsimile:    202-887-4288

John M. Husband, P.C.
Thomas E.J. Hazard, P.C.
Christina F. Gomez
Tanya E. Milligan
**HOLLAND & HART, LLP**
555 Seventeenth Street, Suite 3200
Denver, CO 80202-3979
Phone: (303) 295-8000
Fax: (303) 295-8261
(*Pro Hac Vice Applications to be submitted for each of the above*)

Attorneys for Defendants
APARTMENT INVESTMENT AND MANAGEMENT COMPANY, NHP MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., and AIMCO/BETHESDA HOLDINGS, INC.