UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASES              CIVIL MINUTES
C-05-4824
C-07-3245
c-07-3640          SAMUEL CONTI              DATE 11/30/07
Case Number        Judge

Title: JOSEPH DOMINGUEZ, et al.  vs APARTMENT INVESTMENT, et al.

Attorneys: TERESA DEMCHAK          CHAD STEGEMAN

Deputy Clerk: T. De Martini    Court Reporter: Catherine Edwards

Court  Pltf's  Deft's
(XXX)  (  )   (  )  1. Status Conference - Held

(  )   (  )   (  )  2.

(  )   (  )   (  )  3.

(  )   (  )   (  )  4.

(  )   (  )   (  )  5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 6/11/08      Pretrial Statements Due

Case Continued to 8/1/08 @ 10:00 A.M.        for Pretrial Conference

Case Continued to 8/11/08 @ 9:30 A.M.        for Jury Trial

Case Continued to                    for Further Status Conference

Case Continued to 7/11/08 @ 10:00 A.M.  for Motions

ORDERED AFTER HEARING: Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation Withdrawn.

The Court will consider Consolidating these related cases for pretrial and trial purposes.

cc: