TERESA DEMCHAK (SBN 123989)
tdemchak@gdblegal.com
LAURA L. HO (SBN 173179)
lho@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800 (Telephone)
(510) 835-1417 (Telefax)

Attorneys for Plaintiffs
*[additional counsel listed on the signature page]*

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH DOMINGUEZ, ROGER DALY, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, LP. AND:  NHP MANAGEMENT, COMPANY,<br><br>Defendants. | Case No.:  3:07-cv-03245-SC<br><br>**[PROPOSED] ORDER**<br><br>Date:     February 15, 2008<br>Time:    10:00 a.m.<br>Crtrm:   8, 19th Floor<br>Hon. Charles R. Breyer |

14868-1

1  Upon consideration of Plaintiffs' Motion For an Enlargement of Time to File a Motion for
2  Extension of Time to Respond to Discovery pursuant to Local Rule 6-3 and for good cause shown,
3  Plaintiffs' Motion For an Enlargement of Time to File a Motion for Extension of Time to Respond to
4  Discovery is GRANTED.
5  IT IS SO ORDERED

6  Dated: _____          _____
7                                                                   United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28