1  TERESA DEMCHAK (SBN 123989)
   tdemchak@gdblegal.com
2  LAURA L. HO (SBN 173179)
   lho@gdblegal.com
3  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
4  Oakland, CA  94612
   (510) 763-9800 (Telephone)
5  (510) 835-1417 (Telefax)

6  Attorneys for Plaintiffs
   [additional counsel listed on the signature page]
7

8

9              UNITED STATES DISTRICT COURT

10      CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO DIVISION

11

12  JOSEPH DOMINGUEZ, ROGER DALY,          Case No.:  3:07-cv-03245-SC
    individually and on behalf of all other persons
13  similarly situated,                    **AMENDED MOTION FOR AN
                                           ENLARGEMENT OF TIME TO FILE A
14              Plaintiffs,                 MOTION FOR EXTENSION OF TIME TO
                                           RESPOND TO DISCOVERY**
15  vs.
                                           Date:    February 22, 2008
16  APARTMENT INVESTMENT AND               Time:    10:00 a.m.
    MANAGEMENT COMPANY, AIMCO              Crtrm:   1, 17th Floor
17  PROPERTIES, L.P. AND NHP               Hon. Samuel Conti
    MANAGEMENT, INC.,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

14866-1

1    Pursuant to Local Rule 6-3, Plaintiffs respectfully seek leave from the Court to file a

2    motion for extension of time to respond to Defendants' discovery requests by January 17, 2008.

3    Plaintiffs have consulted with Defendants' counsel who have indicated the do not consent to this

4    motion. In support of this Motion, Plaintiffs state the following and offer the Declaration of

5    Llezlie L. Green, filed with this Motion.

6    On approximately October 24, 2007, Defendants' served upon each plaintiff in this action,

7    and upon each of the more than 800 plaintiffs in twenty-one related actions across the country,

8    twenty-three interrogatories, eighteen requests for admission, and seventeen requests for

9    production of documents. On December 4, 2007, Plaintiffs served upon Defendants twenty-two

10   interrogatories and fifty-two requests for production of documents. Recognizing the need to

11   coordinate their response to this voluminous discovery, the parties have agreed to extensions of

12   time to respond. Based upon the parties' current agreements, Plaintiffs' responses to discovery

13   are due January 11, 2007 and Defendants' responses are due February 18, 2008. To date,

14   Plaintiffs have provided Defendants responses on behalf of 150 of the plaintiffs in this and the

15   twenty-one related cases. Additional time, however, is necessary to complete this task.

16   In an effort to avoid burdening this Court with a contested motion for extension of time to

17   respond to discovery, Plaintiffs sought Defendants' consent to a thirty day extension of time,

18   during which time Plaintiffs would provide Defendants responses on behalf of a minimum of

19   thirty additional plaintiffs per week. At Defendants' counsel's request, Plaintiffs' also

20   represented that, based upon further investigation of Plaintiffs' claims, Plaintiffs would not be

21   pursuing claims for approximately three hundred plaintiffs, thus reducing the total number of

22   plaintiffs in the twenty-two related actions from approximately 800 to approximately 500.

23   During scheduling conferences and in response to Plaintiffs' request for stays to be entered

24   pending a ruling by the Judicial Panel on Multidistrict Litigation, Defendants' counsel have

25   repeatedly represented to the court in nearly every related case that they would work with

26   Plaintiffs to negotiate a reasonable schedule for responding to the voluminous requests in this

27   and the related cases. Despite these representations, and despite Plaintiffs' efforts to propose a

28

schedule that would address Defendants' needs and provide a steady stream of discovery responses, Plaintiffs received notification this afternoon that Defendants are unwilling to permit Plaintiffs any extension of time.  Having only recently been notified that Defendants are apparently no longer willing to work cooperatively with Plaintiffs on this matter, Plaintiffs now request the Court permit them four days to complete the more detailed briefing necessary for a motion for an extension of time to respond to discovery.

According, Plaintiffs respectfully move this Court for an additional four days, until January 17, 2008 to move for an extension of time to respond to Defendants' interrogatories, requests for admissions, and requests for production of documents

Dated:  January 14, 2008                    Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
        DARDARIAN


_____/s/  Teresa Demchak_____
TERESA DEMCHAK (SBN 123989)
tdemchak@gdblegal.com
LAURA L. HO (SBN 173179)
lho@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
        DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800 (Telephone)
(510) 835-1417 (Telefax)

Joseph M. Sellers, (pro hac vice application to be filed)
jsellers@cmht.com
Charles Tompkins, (pro hac vice application to be filed)
ctompkins@cmht.com
Llezlie L. Green, (pro hac vice application to be filed)
lgreen@cmht.com
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
(202) 408-4600 (Telephone)
(202) 408-4699 (Telefax)

Steven M. Pavsner, (pro hac vice application to be filed)
spavsner@jgllaw.com
Jay P. Holland, (pro hac vice application to be filed)
jholland@jgllaw.com
JOSEPH, GREENWALD, LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200 (Telephone)
(202) 220-1214 (Telefax)

ATTORNEYS FOR PLAINTIFFS

14866-1

3

AMENDED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MOTION FOR EXTENSION OF TIME TO RESPOND TO
DISCOVERY - CASE NO.: 3:07-CV-03245-SC