1 | TERESA DEMCHAK (SBN 123989)
tdemchak@gdblegal.com
2 | LAURA L. HO (SBN 173179)
lho@gdblegal.com
3 | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
4 | Oakland, CA 94612
(510) 763-9800 (Telephone)
5 | (510) 835-1417 (Telefax)

6 | Attorneys for Plaintiffs
*[additional counsel listed on the signature page]*
7 |

8 |

9 | UNITED STATES DISTRICT COURT

10 | CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO DIVISION

11 |

12 | JOSEPH DOMINGUEZ, ROGER DALY, | Case No.: 3:07-cv-03245-SC
individually and on behalf of all other persons
13 | similarly situated, | **[PROPOSED] ORDER**

14 | Plaintiffs, | Date:  February 22, 2008
Time:  10:00 a.m.
15 | vs. | Crtrm: 1, 17th Floor
Hon. Samuel Conti
16 | APARTMENT INVESTMENT AND
MANAGEMENT COMPANY, AIMCO
17 | PROPERTIES, L.P. AND NHP
MANAGEMENT, INC.,
18 |
Defendants.
19 |

20 |

14868-1

[PROPOSED] ORDER - CASE NO.: 3:07-CV-03245-SC

1  Upon consideration of Plaintiffs' Motion For an Enlargement of Time to File a Motion for
2  Extension of Time to Respond to Discovery pursuant to Local Rule 6-3 and for good cause shown,
3  Plaintiffs' Motion For an Enlargement of Time to File a Motion for Extension of Time to Respond to
4  Discovery is GRANTED.
5  IT IS SO ORDERED
6  Dated: _____        _____
7                                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28