UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DOMINGUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,<br><br>Defendants. | Case No. 3:07-CV-03245-SC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' AMENDED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**<br><br>Date:   February 22, 2008<br>Time:   10:00 a.m.<br>Crtrm:  1, 17th Floor<br>Judge:  Honorable Samuel Conti |

Upon consideration of Plaintiffs' Motion for An Extension of Time to Respond to Discovery and Motion for an Enlargement of Time to File a Motion for an Extension of Time, and being fully advised in the premises, IT IS this ____ day of _____, 2008, by the United States District Court for the Northern District of California, hereby ORDERED THAT:

(1) Plaintiffs' Motion for an Enlargement of Time to File a Motion for Extension of Time to Respond to Discovery is DENIED as moot;

(2) Plaintiffs' Amended Motion for an Enlargement of Time to File a Motion for Extension of Time to Respond to Discovery is DENIED; and

(3) Both Plaintiffs' claims are hereby dismissed for failure to respond to Defendants' written discovery by the January 11, 2008 deadline.


Dated:_____                    _____
                                                 Samuel Conti
                                                 United States District Judge

3821344_1.DOC