# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| WILLIAM T. CHASE, *et al.* | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | Case No. 1:03-CV-01683 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| AIMCO PROPERTIES, L.P., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF CONSENT

I hereby consent to join the above-named case seeking compensation under the Fair Labor Standards Act against AIMCO. I understand that: (1) AIMCO denies any failure to compensate its employees; (2) I do not have to join this lawsuit and need not complete this form if I decide not to join; (3) If I choose not to join this lawsuit, I will not be entitled to any compensation that may be awarded if Plaintiffs win or settle; (4) Cohen, Milstein, Hausfeld & Toll and Joseph, Greenwald & Laake, will serve as my counsel; and (5) by filing this Consent, I will be bound by the judgment of the Court, whether favorable to me or not.

**I am choosing to assert the following claim(s) against AIMCO in this lawsuit (Check every box that fits your claim):**

❏   I choose to join the lawsuit against AIMCO because AIMCO did not pay me for overtime that I spent responding to emergency calls from tenants, and did not provide me with equivalent time-off during the same workweek for this unpaid overtime.

❏   I choose to join the lawsuit against AIMCO because I was significantly limited in my personal activities while I was on-call, and I was not compensated for that waiting time.

Signature: _____   Date: _____

Print Name: _____

Address: _____

_____

Telephone: _____

**Please try and fill out the following information to the best of your ability. If you do not recall this information you may still join this lawsuit:**

Dates of Employment with AIMCO:_____

1) During the period that you worked for AIMCO, what position(s) did you hold?

_____

2) In what AIMCO properties did you work?

_____

3) For each of the properties listed above, what dates or time periods did you work there?

_____