# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Dominguez,<br><br>              Plaintiff(s),<br><br>   v.<br><br>AIMCO Properties, L.P.,<br><br>              Defendant(s). | 07-03245 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert T. Fries**
Carter, Carter & Fries
44 Montgomery St., Suite 2500
San Francisco, CA 94108
415-989-4800
rfries@carterfries.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03245 SC MED                               - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: March 4, 2008

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Alice M. Fiel

                                      ADR Case Administrator
                                      415-522-3148
                                      Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03245 SC MED                          - 2 -