UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
JOSEPH DOMINGUEZ, ROGER DALY,        )   No. C-07-3245 SC
individually and on behalf of all    )
other persons similarly situated,    )
                                     )   ORDER RE: MOTION TO
                 Plaintiffs,         )   ENLARGE TIME TO FILE
                                     )
                                     )
    v.                               )
                                     )
                                     )
APARTMENT INVESTMENT AND MANAGEMENT  )
COMPANY, AIMCO PROPERTIES, L.P.,     )
and NHP MANAGEMENT COMPANY,          )
                                     )
                 Defendants.         )
                                     )
_____)
```

On January 14, Plaintiffs moved the Court to enlarge time to file a motion to extend the deadline for certain discovery responses. Docket No. 18. Based on the Court's ruling on an identical motion in the related case, Campbell v. Apartment Investment & Management Co., No. 07-3640, the Court finds the motion to enlarge time moot. See Campbell, Docket No. 44.

IT IS SO ORDERED.

Dated: May 12, 2008

_____
UNITED STATES DISTRICT JUDGE