

**HOLLAND&HART**
THE LAW OUT WEST

Thomas E.J. Hazard
Phone (303) 295-8280
Fax (303) 742-1694
tehazard@hollandhart.com

August 11, 2008

Honorable Samuel Conti
United States Senior District Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:   *Campbell v. AIMCO* (3:07-cv-03640-SC); *Dominguez v. AIMCO* (3:07-cv-03245-SC); *Dominguez v. AIMCO* (3:05-cv-04824-SC)

Dear Judge Conti:

    This firm is counsel for AIMCO in the above matter. By a letter dated July 7, 2008 (Dkt. 45), Llezlie Green of Cohen, Milstein, Hausfeld & Toll, counsel for the plaintiffs, advised you of the parties' settlement in the above matter and that the parties would be submitting the settlement agreement for court approval by August 11, 2008. Court approval of the agreement is required as the cases involve claims under the Fair Labor Standards Act. On July 8, 2008, you vacated all pretrial and trial dates (Dkt. 46).

    While the parties have been working diligently to finalize the settlement agreement, there are a few remaining details which still need to be agreed upon. Therefore, we will not be submitting the settlement agreement for approval until Friday, August 15, 2008. We apologize for the delay.

                              Very truly yours,

                              /s/Thomas E.J. Hazard

                              Thomas E.J. Hazard, P.C.

cc:    Cohen, Milstein, Hausfeld & Toll
        Akin, Gump, Strauss, Hauer & Feld
        Goldstein, Demchak, Baller, Borgen & Dardarian

3909028_1.DOC

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Thomas E.J. Hazard..

Dated: August 11, 2008

        AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s_____
    Chad A. Stegeman
    (State Bar No. 225745)
Attorneys for Defendants